Elizabeth Wood, Appellant, v. Continental Illinois National Bank and Trust Company of Chicago et al., Appellees.

Gen. No. 44,997.

Thomas H. Fisher and Norman Crawford, for appellant; Schuyler, Richert & Stough, for cross-appellant; Mayer, Meyer, Austrian & Platt, for appellee; Herbert A. Friedlich and William D. Doggett, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

Gale L. Marcus, Appellee, v. Mary Glasgow, Appellant.

Gen. No. 45,227.

Hart & Raphael, for appellant; Maurice Albin, of counsel; Howard S. Dan, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

## Richard Pratt, Appellant, v. Kathleen Pratt, Appellee.

### Gen. No. 45,171.

Henry Perlman, for appellant; Francis T. Delaney, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

## Charles J. Shemaitis, Appellant, v. Louise M. Shemaitis, Appellee.

### Gen. No. 45,180.

Sol R.